**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Luis H. Perez           JOINT DEBTOR: Dalia M. Castillo     CASE NO.: _____
Last Four Digits of SS# 9173    Last Four Digits of SS# 2048

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $2,287.63 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $3,650 + $775 (Motion to Value) + $775 (Motion to Value) +$ 775
    Motion to Value TOTAL PAID $ 2,500.00
    Balance Due    $ 3,475 payable $ 217.18 /month (Months 1 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.    The Cove at Bayshore
Homeowners Association c/o Association
Law Group
Address: P.O. Box 311059    Regular Payment    $64.00 /month (Months 1 to 60)
    Miami, FL 33231
Account No: OTCZ0000020101

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| BIS Financial Services Account No: 5436 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,0000 | 5.25% | 1,708.74 | 1 To 60 | $102,524.31 |
| The Cove at Bayshore Homeowners Account No: 0101 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | |
| Wells Fargo Bank, NA Account No: 1998 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable    $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $68.95/month (Months 1 to 16) and Pay $286.13/month (Months 17 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with Chase Bank and Fifth Third Bank and will continue to pay these creditors directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    */s/ Robert Sanchez*                                */s/ Robert Sanchez*
Attorney for Debtor                                           Attorney for Joint Debtor
Date: 08-30-13                                                 Date: 08-30-13

LF-31 (rev. 01/08/10)