## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Luis H. Perez          JOINT DEBTOR: Dalia M. Castillo          CASE NO.: 13-30752-AJC
Last Four Digits of SS# 9173   Last Four Digits of SS# 2048

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $2,287.63 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $3,650 + $775 (Motion to Value) + $775 (Motion to Value) +$ 775
                  Motion to Value TOTAL PAID $ 2,500.00
                  Balance Due   $ 3,475 payable $ 217.18 /month (Months 1 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. The Cove at Bayshore
Homeowners Association c/o Association
Law Group
Address: P.O. Box 311059              Regular Payment    $64.00 /month (Months 1 to 60)
         Miami, FL 33231
Account No: OTCZ0000020101

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| BIS Financial Services Account No: 5436 314 S. Franklin St. Titusville, PA 16354 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,0000 | 5.25% | 1,708.74 | 1 To 60 | $102,524.31 |
| The Cove at Bayshore Homeowners Account No: 0101 c/o Association Law Group POB 311059 Miami, FL 33231 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | |
| Wells Fargo Bank, NA Account No: 1998 POB 31557 Billings, MT 59107 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due  $_____
                           Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $68.95/month (Months 1 to 16) and Pay $286.13/month (Months 17 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with Chase Bank and Fifth Third Bank and will continue to pay these creditors directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez  /s/ Robert Sanchez
Attorney for Debtor  Attorney for Joint Debtor
Date: 11-27-13  Date: 11-27-13

LF-31 (rev. 01/08/10)