**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

THIRD AMENDED PLAN

DEBTOR: Luis H. Perez     JOINT DEBTOR: Dalia M. Castillo     CASE NO.: 13-30752-AJC

Last Four Digits of SS# 9173     Last Four Digits of SS# 2048

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.     $2,389.56 for months 1 to 60; in order to pay the following creditors:

Administrative:      Attorney's Fee - $3,650 + $775 (Motion to Value) + $775 (Motion to Value) +$ 775
                 Motion to Value +775.00 (Motion to Value)=$6,750.00 TOTAL PAID $ 2,500.00
                 Balance Due     $ 4,250.00 payable $ 170.00 /month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. The Cove at Isles at Bayshore
Homeowners Association
c/o Association Law Group, P.L.
Address: P.O. Box 311059          Regular Payment     $64.00 /month (Months 1 to 60)
         Miami, FL 33231
Account No: 8925

2. Isles at Bayshore Club, LLC
c/o Association Law Group, P.L.
Address: POB 311059          Regular Payment     $76.53 /month (Months 1 to 60)
         Miami, FL 33231
Account No. XXXX8925

3. Isles at Bayshore Master Association, Inc.
c/o M&E Associates of Miami, Inc.
Address: 13055 SW 42 Street, Suite 203     Regular Payment     $2.28 /month (Months 1 to 60)
         Miami, FL 33175
Account No: I-2204

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| BIS Financial Services Account No: 5436 314 S. Franklin St. Titusville, PA 16354 Account No. XXXX5436 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,0000 | 5.25% | 1,708.74 | 1 To 60 | $102,524.31 |
| The Cove at Bayshore Homeowners Account No: 0101 c/o Association Law Group POB 311059 Miami, FL 33231 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | None |
| Wells Fargo Bank, NA Account No: 1998 POB 31557 Billings, MT 59107 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | None |

| Isles at Bayshore Club, LLC c/o The Continental Group, Inc. 21864 SW 93 Path Miami, FL 33190 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | None |
|---|---|---|---|---|---|
| Isles at Bayshore Master Assocation, Inc. c/o M&E Associates of Miami, Inc. 13055 SW 42 Street Suite 203 Miami, FL 33175 | Non-Homestead 8925 SW 225 Street, Cutler Bay, FL 33190. $90,000 | 0% | n/a | n/a | None |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None _____    Total Due  $_____
                           Payable    $_____/month  (Months____to ____)  Regular Payment $_____


<u>Unsecured Creditors</u>:  Pay $129.05/month  (Months <u>1</u> to 25); Pay $<u>299.05</u>/month  (Months <u>26</u> to <u>60</u>).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.


Other Provisions Not Included Above: Debtors are current with Chase Bank and Fifth Third Bank and will continue to pay these creditors directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested
that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Robert Sanchez* _____         */s/ Robert Sanchez* _____
Attorney for Debtor                           Attorney for Joint Debtor
Date: 3-17-14 _____                  Date: 3-17-14 _____


LF-31 (rev. 01/08/10)