

**ORDERED in the Southern District of Florida on June 24, 2014.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                            Case No: 13-30752-AJC

Luis H Perez and                                  Chapter 13
Dalia M Castillo,

     Debtors.
_____/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN**
**ON REAL PROPERTY HELD BY U.S. BANK, NATIONAL ASSOCIATION[1]**

THIS CASE came to be heard on June 4, 2014 ("Evidentiary Hearing") on the Debtor's

_Motion to Value and Determine Secured Status of Lien on Real Property_ (DE 28; the "Motion"), the

Secured Creditor's Preliminary Response to Debtor's Motion to Value Claim of U.S. Bank National

Association, Not In Its Individual Capacity, But Solely As Legal Title Trustee for LVS Title Trust I,

Servis One Inc., Servicer (ECF#39) ("Preliminary Response") and the Secured Creditor's

---

[1] The Court notes that while the Motion identifies Lender as BSI Financial Services, pursuant to
subsequent filings, to wit, Notice of Appearance, CP 35, Response to Motion, CP 29, and Supplemental
Response, CP 57 filed by U.S. Bank National Association and by confirmation of Debtor's counsel, the
Court has determined that the Lender is U.S. Bank National Association as Legal Title Trustee for LVS
Title Trust I, Servis One, Inc., servicer.

Supplemental Response to Debtor's Motion to Value Claim of U.S. Bank National Association, Not In Its Individual Capacity, But Solely As Legal Title Trustee for LVS Title Trust I, Servis One Inc., Servicer (ECF#57) ("Supplemental Response"). The Court, having reviewed the Motion, the Preliminary Response and the Supplementary Response, having considered the testimony of the Debtor's expert and the U.S. Bank National Association, Not In Its Individual Capacity, But Solely As Legal Title Trustee for LVS Title Trust I, Servis One Inc., Servicer ("Lender") expert at the Evidentiary Hearing, having considered the record of this case and being duly advised in the premises, the Court **FINDS** as follows:

A.       The value of the debtor's real property (the "Real Property") located at 8925 SW 225th Street, Cutler Bay, FL 33190-1344, and more particularly described as LAKES BY THE BAY GEE PB 164-043 T-22075 LOT 4 BLK 22 LOT SIZE 1832 SQ FT FAU 36 6016 000 0020 COC 25970-3424 09 2007 1 is **$130,000.00** at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1.       The Motion is **GRANTED** as described more fully below.

2.       Lender has an allowed secured claim in the amount of $130,000.00.

3.       (Select only one):

__       Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

 X       Lender filed a proof of claim in this case. It shall be classified as a secured claim

in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 144,494.07 , regardless of the original classification in the proof of claim as filed.

5.     The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6.     Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

7.     If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be classified as a secured claim as listed in paragraph 2, and general unsecured claim as listed in paragraph 3 and shall be restored as a lien on the Real Property for the total amount of the creditor's claim.

###

Submitted By:

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008

Attorney Robert Sanchez, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.